PAUL CONEY *v.* COMMISSIONER OF CORRECTION

The petitioner Paul Coney's petition for certification for appeal from the Appellate Court, 117 Conn. App. 860 (AC 29618), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Mark Diamond*, special public defender, in support of the petition.

Decided January 5, 2010